710 A.2d 1010

IN THE MATTER OF DOROTHY L. WRIGHT, AN ATTORNEY AT LAW.

June 17, 1998.

**ORDER**

The Disciplinary Review Board on May 19, 1998, having filed with the Court it decision concluding that **DOROTHY L. WRIGHT** of **GREEN BROOK**, who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.3 (lack of diligence)' and *RPC* 1.4(a) and (b) (failure to communicate with client), and good cause appearing;

It is ORDERED that **DOROTHY L. WRIGHT** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.